**Opinion issued January 23, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00023-CV

———————————

## IN RE DEBORAH FULGHAM, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Deborah Fulgham, has filed a petition for writ of mandamus challenging the trial court's order denying her motion for traditional and no evidence summary judgment.[1] We deny the petition.

---

[1] The underlying case is *Bryan Fagan v. Deborah Fulgham*, cause number 2019-22657, pending in the 334th District Court of Harris County, Texas, the Honorable Steven Kirkland presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.